# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JANE DOE, a minor, by and through her natural parent, GRACE DOE;<br><br>Plaintiff,<br><br>vs.<br><br>CARSON CITY, a consolidated municipality and a political subdivision of the State of Nevada; JAYE PHILLIPS, individually; JACOBS ENTERTAINMENT, INC., a foreign corporation,<br><br>Defendants. | CASE NO: 3:18-cv-428-LRH-WGC<br><br>**STIPULATION TO EXTEND BRIEFING DEADLINES TO DEFENDANT CARSON CITY'S MOTION TO DISMISS**<br><br>*(First Request)*<br><br>**AND ORDER THEREON** |

WHEREAS Defendant Carson City filed a Motion to Dismiss Plaintiff's Complaint on October 23, 2018 (ECF No. 11).

Pursuant to Local Rule IA 6-1(a), the parties hereby stipulate to extend the deadline for Plaintiff to file her Response to Defendant Carson City's Motion to Dismiss (ECF No. 11). The current deadline for Plaintiff to respond to Defendant's Motion to Dismiss is November 6, 2018. The new deadline for Plaintiff to respond to Defendant's Motion to Dismiss will be November 20, 2018.

This extension is the first request and is not for purposes of delay but rather Plaintiff's counsel has been conducting multiple depositions on another matter that has precluded him from allocating appropriate time to draft the responsive pleading. Further, Plaintiff's counsel is a solo-practitioner with an unusual high caseload at the time.

Dated this 5th day of November, 2018.  Dated this 5th day of November, 2018.

LAGOMARSINO LAW  ROBISON SHARP SULLIVAN BRUST

 /s/ Andre M. Lagomarsino   /s/ Kent R. Robison 
ANDRE M. LAGOMARSINO, ESQ.  KENT R. ROBISON, ESQ.
Nevada Bar No. 6711  Nevada Bar No. 1167
3005 W. Horizon Ridge Pkwy., #241  71 Washington Street
Henderson, Nevada 89052  Reno, NV 89503
Telephone: (702) 383-2864  Telephone: (775) 329-3151
Facsimile: (702) 383-0065  Facsimile: (775) 329-7169
Email: aml@lagomarsinolaw.com  Email: krobison@rssblaw.com
*Attorney for Plaintiff Jane Doe*  *Attorney for Defendant Carson City*

Dated this 5th day of November, 2018.

HALL JAFFE & CLAYTON, LLP

 /s/ Steven T. Jaffe 
STEVEN T. JAFFE, ESQ.
Nevada Bar No. 7035
7425 Peak Drive
Las Vegas, Nevada 89128
Telephone: (702) 316-4111
Facsimile: (702) 316-4114
*Attorney for Defendant Jacobs Entertainment, Inc.*

**ORDER**

   IT IS SO ORDERED.

   DATED this 6th day of November, 2018.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE