**KENT R. ROBISON, ESQ. (NSB # 1167)**
krobison@rssblaw.com
**THERESE M. SHANKS, ESQ. (NSB #12890)**
tshanks@rssblaw.com
**Robison, Sharp, Sullivan & Brust**
71 Washington Street
Reno, Nevada 89503
Telephone:     (775) 329-3151
Facsimile:     (775) 329-7169
*Attorneys for Defendants*
*Carson City and Jaye Phillips*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JANE DOE, a minor, by and through her natural parent, GRACE DOE, | CASE NO.: **3:18-cv-00428-LRH-WGC** |
| Plaintiff, | |
| vs. | **STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS CARSON CITY AND JAYE PHILLIPS TO RESPOND TO PLAINTIFFS' DISCOVERY REQUESTS** |
| CARSON CITY, a consolidated municipality and a political subdivision of the State of Nevada; JAYE PHILLIPS, individually; JACOBS ENTERTAINMENT, INC., a foreign corporation, | |
| Defendants. | |

Plaintiff, Jane Doe, a minor, by and through her natural parent, Grace Doe, and the

Defendants, Carson City and Jaye Phillips, individually, by and through their undersigned counsel,

do hereby stipulate and agree that the Defendant Carson City, may have an extension to and

including Monday, March 11, 2019, to serve its responses to Plaintiff's First Set of Interrogatories,

First Set of Requests for Admission and First Set of Requests for Production of Documents and

that Defendant Jaye Phillips, individually, may have an extension to and including Thursday,

March 14, 2019, to serve his responses to Plaintiff's First Set of Interrogatories, First Set of

Requests for Admission and First Set of Requests for Production of Documents served on

Defendants in the above-entitled action.

/ / /

DATED this 5th day of March, 2019.

ROBISON, SHARP, SULLIVAN & BRUST
A Professional Corporation
71 Washington Street
Reno, Nevada 89503

KENT R. ROBISON – NSB #1167
THERESE M. SHANKS – NSB #12890
*Attorneys for Defendants*
*Carson City and Jaye Phillips*

DATED this 4th day of March, 2019.

LAGOMARSINO LAW
3005 W. Horizon Ridge Pkwy., #241
Henderson, Nevada 89052
Email: AML@lagomarsinolaw.com

/s/ *Andre M. Lagomarsino*
ANDRE M. LAGOMARSINO – NSB #6711
*Attorneys for Plaintiff Jane Doe*

IT IS SO ORDERED.

DATED: March 6, 2019.

UNITED STATES MAGISTRATE JUDGE

Robison, Sharp,
Sullivan & Brust
71 Washington St.
Reno, NV 89503
(775) 329-3151