**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| JANE DOE, | ) | 3:18-cv-00428-LRH-WGC |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| CARSON CITY, et al., | ) | *and related case* |
| Defendants. | ) | |
| JOHN DOE I, et al., | ) | |
| Plaintiffs, | ) | 3:18-cv-00538-HDM-WGC |
| | ) | |
| vs. | ) | |
| CARSON CITY, | ) | |
| | ) | REASSIGNMENT ORDER |
| Defendant. | ) | |

The presiding District Judges in these actions have reviewed cases 3:18-cv-00428-LRH-WGC and 3:18-cv-00538-HDM-WGC and have individually and collectively determined that these actions are related and that there is good cause to reassign them to one District Judge pursuant to Local Rule 42-1. Additionally, reassignment will

promote judicial efficiency and will not result in prejudice to the parties.

Accordingly, it is hereby ordered that Case No. 3:18-cv-00538-HDM-WGC is reassigned to District Judge Larry R. Hicks, to whom the earlier filed case, No. 3:18-cv-00428-LRH-WGC, was assigned.

DATED: This 20th day of March, 2019.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

_____
HOWARD D. MCKIBBEN
UNITED STATES DISTRICT JUDGE