UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JANE DOE, a minor, by and through her natural parent, GRACE DOE,<br><br>Plaintiff,<br><br>v.<br><br>CARSON CITY, a consolidated municipality and political subdivision of the State of Nevada; JAYE PHILLIPS, individually; JACOBS ENTERTAINMENT, INC., a foreign corporation,<br><br>Defendants. | Case No. 3:18-cv-00428-LRH-WGC<br><br>ORDER |

Defendant Carson City has filed a motion to dismiss (ECF No. 11) the amended complaint of plaintiff Jane Doe[1] (ECF No. 7). Defendant Jaye Phillips joined the motion to dismiss on November 13, 2018. (ECF No. 19). Following the closure of briefing, it came to the Court's attention that a subsequently filed case by a Doe plaintiff (3:18-cv-00538-HDM-WGC) ("*Doe II*") was based upon similar questions of fact and law as this action. The presiding judges conferred and, pursuant to Local Rule 42-1, the subsequently filed case was reassigned to this judge. Prior to reassignment, the court denied Carson City's similar motion to dismiss in the *Doe II* case. (*Doe II*, ECF No. 21).

The Court has reviewed Carson City's motion to dismiss in this action and plaintiff's amended complaint, and the Court reaches a similar conclusion as was reached under the facts and

---

[1] The Court previously granted plaintiff's motion to proceed under a pseudonym because of the nature of her allegations. (ECF No. 5).

| | |
|---|---|
| 1 | law applicable in *Doe II*. Plaintiff has sufficiently placed Carson City on notice of the allegations |
| 2 | she has lodged against it by alleging the specific facts required under *Iqbal* and *Twombly*. *Ashcroft* |
| 3 | *v. Iqbal*, 556 U.S. 662, 667 (2009) (quoting *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544, 570 |
| 4 | (2007)). Based upon the specific facts alleged in plaintiff's amended complaint and the reasonable |
| 5 | inferences which arise from the pleaded facts, the Court concludes that plaintiff has set forth |
| 6 | sufficient statements of each claim sufficient to satisfy the pleading requirements of Federal Rules |
| 7 | of Civil Procedure 12(b)(6) and has given the defendants fair notice of each claim and the grounds |
| 8 | upon which it rests. |

IT IS THEREFORE ORDERED that defendant Carson City's motion to dismiss (ECF No. 11) is **DENIED**.

IT IS SO ORDERED.

DATED this 26 day of March, 2019.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE