STEVEN T. JAFFE, ESQ.
Nevada Bar No. 007035
sjaffe@lawhjc.com
MICHELLE R. SCHWARZ, ESQ.
Nevada Bar No. 005127
mschwarz@lawhjc.com

**HALL JAFFE & CLAYTON, LLP**
7425 PEAK DRIVE
LAS VEGAS, NEVADA 89128-4338
(702) 316-4111
FAX (702) 316-4114

*Counsel for Defendant*
*Jacobs Entertainment, Inc.*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| JANE DOE, a minor by and through her natural parent, GRACE DOE;<br><br>Plaintiff,<br><br>vs.<br><br>CARSON CITY, a consolidated municipality and a political subdivision of the State of Nevada; JAYE PHILLIPS, individually; JACOBS ENTERTAINMENT, INC., a foreign corporation,<br><br>Defendants. | CASE NO.: 3:18-cv-428-LRH-WGC<br><br><br>**STIPULATION REGARDING SITE INSPECTION OF GOLD DUST WEST CARSON CITY** |

Plaintiff Jane Doe (hereinafter "Plaintiff") has filed an action in the above-captioned court against Defendants Carson City, Jaye Phillips, and Jacobs Entertainment, Inc. (Collectively "Defendants").

The Parties stipulate that a site inspection of the Gold Dust West Carson City Bowling Center will take place on April 22, 2019 at 11:00 a.m., 2171 East William Street, Carson City, Nv. 89701. Counsel for Plaintiff and Counsel for Defendant Carson City/Jaye Phillips, along with their representatives, if any, shall be allowed access to the bowling center and the bathroom areas at issue in this case, and shall be allowed to inspect, measure, photograph, and videotape (without audio) these public areas.

/ / /

The Parties further stipulate that Counsel and their respective representatives will be allowed access to the video surveillance room solely for the purpose of visualizing the room and the equipment as it currently exists. No measurements, photography or videotaping will be permitted of this non-public area.

Defendant Jacobs Entertainment agrees to provide still photographs of the video surveillance room and equipment to Plaintiffs' counsel and counsel for Defendant Carson City/Jaye Phillips, with the understanding and agreement that these photographs will be marked "Confidential" and subject to all terms and conditions of the Stipulated Protective Order entered in this case on March 27, 2019.

The Parties further stipulate that all persons present for the site inspection, and not affiliated with Jacobs Entertainment, will sign the attached Site Inspection Attendance sheet.

DATED: April 22, 2019

LAGOMARSINO LAW

By: */s/ Andre M. Lagomarsino*
    ANDRE M. LAGOMARSINO, ESQ.
    Nevada Bar No. 6711
    3005 W. Horizon Ridge Pkwy., Suite 241
    Henderson, NV 89052
    *Attorney for Plaintiff Jane Doe*

DATED: April 22, 2019

ROBISON SHARP SULLIVAN BRUST

By: */s/ Kent R. Robison* .
    KENT R. ROBISON, ESQ.
    Nevada Bar No. 1167
    71 Washington Street
    Reno, NV 89503
    *Attorney for Defendant Carson City*

DATED: April 22, 2019

HALL JAFFE & CLAYTON, LLP

By: */s/ Michelle R. Schwarz*
    STEVEN T. JAFFE, ESQ
    Nevada Bar No. 007035
    MICHELLE R. SCHWARZ, ESQ.
    Nevada Bar No. 005127
    7425 PEAK DRIVE
    Las Vegas, NV 89128
    *Counsel for Defendant*
    *Jacobs Entertainment, Inc*

IT IS SO ORDERED.

DATED: April 22, 2019.

William G. Cobb
UNITED STATES MAGISTRATE JUDGE

2

**CASE NO.: 3:18-cv-428-LRH-WGC**

**SITE INSPECTION ATTENDANCE SHEET**

| **Printed Name** | **Signature** | **Date** |
|---|---|---|
| 1._____ | _____ | _____ |
| 2._____ | _____ | _____ |
| 3._____ | _____ | _____ |
| 4._____ | _____ | _____ |
| 5._____ | _____ | _____ |
| 6._____ | _____ | _____ |
| 7._____ | _____ | _____ |
| 8._____ | _____ | _____ |
| 9._____ | _____ | _____ |
| 10._____ | _____ | _____ |
| 11._____ | _____ | _____ |