STEVEN T. JAFFE, ESQ.
Nevada Bar No. 007035
sjaffe@lawhjc.com
MICHELLE R. SCHWARZ, ESQ.
Nevada Bar No. 005127
mschwarz@lawhjc.com

**HALL JAFFE & CLAYTON, LLP**
7425 Peak Drive
Las Vegas, Nevada 89128
(702) 316-4111
Fax (702) 316-4114

*Counsel for Defendant*
*Jacobs Entertainment, Inc*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JANE DOE, a minor by and through her natural parent, GRACE DOE;<br><br>Plaintiff,<br><br>vs.<br><br>CARSON CITY, a consolidated municipality and a political subdivision of the State of Nevada; JAYE PHILLIPS, individually; JACOBS ENTERTAINMENT, INC., a foreign corporation,<br><br>Defendants. | CASE NO.: 3:18-cv-428-LRH-WGC<br><br>**DEFENDANT JACOBS ENTERTAINMENT, INC.'S MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL PURSUANT TO PROTECTIVE ORDER**<br><br>**L.R. IA 10-5** |

Pursuant to Local Rules of Court IA 10-5, Defendant Jacobs Entertainment, Inc. ("Jacobs Entertainment") hereby move this court for Leave to File Documents Under Seal and request that **Exhibits 3, 5, 6, and 7** of the Declaration of Counsel filed in support of this motion ("Counsel Dec.") be filed under seal.

This Court's order, dated March 27, 2019 approved the parties' stipulation for entry of a protective order. (ECF No. 41). In accordance with the provisions set forth in the protective order, Jacobs Entertainment bring this motion seeking leave of Court to file documents under seal based on good cause and compelling reasons.

1   Attached as **Exhibit 3** to the Counsel Dec. are security incident reports produced by Jacobs Entertainment, which contain confidential and proprietary information with respect to Jacobs Entertainment's security apparatus as well as the private information of third-parties who have not been named in this lawsuit.  In accordance with the provisions set forth in the protective order, these records should remain confidential.

Attached as **Exhibit 5** to the Counsel Dec. are excerpts from the deposition of Jaye Edward Phillips.  This deposition contains discussion of information concerning minor children and should remain confidential.

Attached as **Exhibit 6** to the Counsel Dec. are excerpts from the deposition of Grace Doe.  The true name of this individual, who is the parent of Jane Doe, a minor, is contained within this deposition and could lead to the identification of Jane Doe, therefore, it should remain confidential.

Attached as **Exhibit 7** to the Counsel Dec. are excerpts of the Security Department Policies and Procedures for the Gold Dust West Carson City produced during the course of discovery, which contain confidential and proprietary information with respect to Jacobs Entertainment's security apparatus.  In accordance with the provisions set forth in the protective order, these records should remain confidential.

DATED this 6th day of November, 2019.

HALL JAFFE & CLAYTON, LLP


By:  /s/ *Steven T. Jaffe*
STEVEN T. JAFFE, ESQ.
Nevada Bar No. 007035
MICHELLE R. SCHWARZ, ESQ.
Nevada Bar No. 005127
7425 Peak Drive
Las Vegas, Nevada 89128
Counsel for Defendant
JACOBS ENTERTAINMENT, INC.

**CERTIFICATE OF SERVICE**

Pursuant to Federal Rules of Civil Procedure 5(b), I hereby certify that on the 6th day of November 2019, I served the **DEFENDANT JACOBS ENTERTAINMENT, INC.'S MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL PURSUANT TO PROTECTIVE ORDER** electronically via the Court's CM/ECF system:

| | |
|---|---|
| Andre M. Lagomarsino, Esq.<br>LAGOMARSINO LAW<br>3005 W. Horizon Ridge Pkwy., Suite 241<br>Henderson, NV 89052 | Kent R. Robison, Esq.<br>ROBISON SHARP SULLIVAN BRUST<br>71 Washington Street<br>Reno, NV 89503 |
| *Attorney for Plaintiff Jane Doe* | *Attorney for Defendant Carson City* |

*/s/ Linda P. Daniel*
An Employee of
HALL JAFFE & CLAYTON, LLP