**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JANE DOE, a minor by and through her natural parent, GRACE DOE;<br><br>Plaintiff,<br><br>vs.<br><br>CARSON CITY, a consolidated municipality and a political subdivision of the State of Nevada; JAYE PHILLIPS, individually; JACOBS ENTERTAINMENT, INC., a foreign corporation,<br><br>Defendants. | CASE NO.: 3:18-cv-428-LRH-WGC<br><br>**STIPULATION TO WITHDRAW DEFENDANT JACOBS ENTERTAINMENT, INC.'S MOTION FOR SUMMARY JUDGMENT [ECF 58] PENDING RESOLUTION OF CLAIM**<br><br>**AND ORDER THEREON** |

Plaintiff, Jane Doe, by and through her natural parent, Grace Doe, by and through her counsel of record; Defendant Carson City, a consolidated municipality and a political subdivision of the State of Nevada, and Defendant Jaye Phillips, by and through their counsel of record; and Defendant Jacobs Entertainment, Inc., by and through its counsel of record, hereby request that the Court withdraw Defendant Jacobs Entertainment, Inc.'s Motion for Summary Judgment [ECF 58] pending resolution of the claims in this matter.

This stipulation is made in good faith to allow the parties to make diligent and sincere efforts to resolve the matter without further involvement for the Court and is not for the purpose of causing any undue delay.

**IT IS SO STIPULATED.**

DATED this 20th day of December, 2019.          DATED this 20th day of December, 2019.

**LAGOMARSINO LAW**                              **HALL JAFFE & CLAYTON, LLP**


BY: /s/ Andre M. Lagomarsino                     BY: /s/ Michelle R. Schwarz
ANDRE M. LAGOMARSINO, ESQ.                       STEVEN T. JAFFE, ESQ.
Nevada Bar No. 6711                              Nevada Bar No. 7035
3005 W. Horizon Ridge Pkwy., Suite 241           MICHELLE R. SCHWARZ, ESQ.
Henderson, NV 89052                              Nevada Bar No. 5127
*Attorney for Plaintiff Jane Doe*                7425 Peak Drive
                                                 Las Vegas, NV 89128
                                                 *Attorneys for Jacobs Entertainment, Inc.*

DATED this 20th day of December, 2019.

**ROBISON SHARP SULLIVAN BRUST**


BY: /s/ Kent R. Robison
KENT R. ROBISON, ESQ.
Nevada Bar No. 1167
71 Washington Street
Reno, NV 89503
*Attorney for Defendant Carson City
and Jaye Phillips*

## ORDER

In consideration of the stipulation by the parties, and with good cause appearing,

IT IS HEREBY ORDERED that Defendant Jacobs Entertainment, Inc.'s Motion for Summary Judgment [ECF 58] is withdrawn pending resolution of the claims in this matter.

IT IS FURTHER ORDERED that any hearing currently set shall be vacated.

**IT IS SO ORDERED.**

DATED this 23rd day of December, 2019.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2