STEVEN T. JAFFE, ESQ.
Nevada Bar No. 007035
sjaffe@lawhjc.com
MICHELLE R. SCHWARZ, ESQ.
Nevada Bar No. 005127
mschwarz@lawhjc.com

**HALL JAFFE & CLAYTON, LLP**
7425 PEAK DRIVE
LAS VEGAS, NEVADA 89128-4338
(702) 316-4111
FAX (702) 316-4114

*Counsel for Defendant*
*Jacobs Entertainment, Inc.*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JANE DOE, a minor by and through her natural parent, GRACE DOE;<br><br>Plaintiff,<br><br>vs.<br><br>CARSON CITY, a consolidated municipality and a political subdivision of the State of Nevada; JAYE PHILLIPS, individually; JACOBS ENTERTAINMENT, INC., a foreign corporation,<br><br>Defendants. | CASE NO.: 3:18-cv-428-LRH-WGC<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between the Plaintiff, JANE DOE, a minor by and through her natural parent, GRACE DOE, by and through their attorneys of record, Andre M. Lagomarsino, Esq. LAGOMARSINO LAW, Defendants, CARSON CITY and JAYE PHILLIPS, by and through their attorneys of record, Kent R. Robison, Esq. ROBISON SHARP SULLIVAN BRUST, and Defendant JACOBS ENTERTAINMENT, INC., by and through its attorneys of record, Steven T. Jaffe, Esq. and Michelle R. Schwarz, Esq., of HALL JAFFE & CLAYTON, LLP, that this matter be dismissed in its entirety, with prejudice, each party to bear their own costs and attorney's fees.

///

///

CASE NO. 3:18-cv-428-LRH-WGC

IT IS FURTHER STIPULATED that this matter has not been assigned to a trial stack.

| | |
|---|---|
| DATED this 7th day of February, 2020. | DATED this 7th day of February, 2020. |
| **LAGOMARSINO LAW** | **HALL JAFFE & CLAYTON, LLP** |
| */s/ Andre M. Lagomarsino*<br>ANDRE M. LAGOMARSINO, ESQ.<br>3005 W. Horizon Ridge Pkwy., #241<br>Henderson, Nevada 89052<br>*Attorney for Plaintiff Jane Doe* | */s/ Michelle R. Schwarz*<br>STEVEN T. JAFFE, ESQ.<br>MICHELLE SCHWARZ, ESQ.<br>7425 Peak Drive<br>Las Vegas, Nevada 89128<br>*Attorneys for Defendant Jacobs Entertainment, Inc.* |

CASE NO. 3:18-cv-428-LRH-WGC

IT IS FURTHER STIPULATED that this matter has not been assigned to a trial stack.

DATED this 7th day of February, 2020.   DATED this 7th day of February, 2020.

**LAGOMARSINO LAW**   **HALL JAFFE & CLAYTON, LLP**

*/s/ Andre M. Lagomarsino*
ANDRE M. LAGOMARSINO, ESQ.
3005 W. Horizon Ridge Pkwy., #241
Henderson, Nevada 89052
*Attorney for Plaintiff Jane Doe*

*/s/ Michelle R. Schwarz*
STEVEN T. JAFFE, ESQ.
MICHELLE SCHWARZ, ESQ.
7425 Peak Drive
Las Vegas, Nevada 89128
*Attorneys for Defendant Jacobs Entertainment, Inc.*

DATED this 7th day of February, 2020.

**ROBISON, SHARP, SULLIVAN, BRUST**

*/s/ Kent Robison, Esq.*
KENT ROBISON, ESQ.
71 Washington Street
Reno, Nevada 89503
*Attorneys for Defendant Carson City and Jaye Phillips*

## ORDER

**IT IS HEREBY ORDERED** that this matter be dismissed, with prejudice, the parties to bear their own costs and attorney's fees.

DATED:_____

_____
UNITED STATES DISTRICT COURT JUDGE

SUBMITTED BY:

HALL JAFFE & CLAYTON, LLP

*/s/ Michelle R. Schwarz*
STEVEN T. JAFFE, ESQ.
MICHELLE R. SCHWARZ, ESQ.
7425 Peak Drive
Las Vegas, NV 89128
*Attorney for Defendants
 Jacobs Entertainment, Inc.*