**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JANE DOE, a minor by and through her natural parent, GRACE DOE;<br><br>Plaintiff,<br><br>vs.<br><br>CARSON CITY, a consolidated municipality and a political subdivision of the State of Nevada; JAYE PHILLIPS, individually; JACOBS ENTERTAINMENT, INC., a foreign corporation,<br><br>Defendants. | CASE NO.: 3:18-cv-428-LRH-WGC<br><br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between the Plaintiff, JANE DOE, a minor by and through her natural parent, GRACE DOE, by and through their attorneys of record, Andre M. Lagomarsino, Esq. LAGOMARSINO LAW, Defendants, CARSON CITY and JAYE PHILLIPS, by and through their attorneys of record, Kent R. Robison, Esq. ROBISON SHARP SULLIVAN BRUST, and Defendant JACOBS ENTERTAINMENT, INC., by and through its attorneys of record, Steven T. Jaffe, Esq. and Michelle R. Schwarz, Esq., of HALL JAFFE & CLAYTON, LLP, that this matter be dismissed in its entirety, with prejudice, each party to bear their own costs and attorney's fees.

///

///

CASE NO. 3:18-cv-428-LRH-WGC

IT IS FURTHER STIPULATED that this matter has not been assigned to a trial stack.

DATED this 7th day of February, 2020.

**LAGOMARSINO LAW**

 /s/ Andre M. Lagomarsino
ANDRE M. LAGOMARSINO, ESQ.
3005 W. Horizon Ridge Pkwy., #241
Henderson, Nevada 89052
*Attorney for Plaintiff Jane Doe*

DATED this 7th day of February, 2020.

**HALL JAFFE & CLAYTON, LLP**

 /s/ Michelle R. Schwarz
STEVEN T. JAFFE, ESQ.
MICHELLE SCHWARZ, ESQ.
7425 Peak Drive
Las Vegas, Nevada 89128
*Attorneys for Defendant Jacobs Entertainment, Inc.*

DATED this 7th day of February, 2020.

**ROBISON, SHARP, SULLIVAN, BRUST**

 /s/ Kent Robison, Esq.
KENT ROBISON, ESQ.
71 Washington Street
Reno, Nevada 89503
*Attorneys for Defendant Carson City and Jaye Phillips*

## ORDER

**IT IS HEREBY ORDERED** that this matter be dismissed, with prejudice, the parties to bear their own costs and attorney's fees.

DATED: this 10th day of February, 2020.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE