UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JANE DOE, a minor, by and through her natural parent, GRACE DOE,<br>Plaintiff,<br>v.<br>CARSON CITY, *et al.*,<br>Defendants. | Case No. 3:18-cv-00428-ART-CLB<br>ORDER GRANTING MOTION TO RELEASE FUNDS FROM BLOCKED TRUST ACCOUNT<br>(ECF No. 74) |

Upon Plaintiff's Motion to Release Funds from a Blocked Trust Account, filed by Grace Doe, a.k.a. Nicole Shelton, parent of the minor child Jane Doe, a.k.a. Z.S., and good cause appearing therefore:

IT IS HEREBY ORDERED THAT:

1. Plaintiff's Motion to Release Funds from a Blocked Trust Account (ECF No. 74) is hereby GRANTED.

2. Bank of America is hereby ordered to disburse $7,952.88 to Nicole Shelton from the blocked account established for the benefit of Jane Doe ending in 4821.

3. Plaintiff must use the disbursed funds for payment of replacement tires for Jane Doe's car, auto insurance, and school tuition. If Plaintiff has already incurred expenses for these items, this Order will serve to reimburse her.

4. Plaintiff shall cause proof to be filed with this Court, within 60 days of entry of this Order, that the disbursed funds have been expended in accordance with this Order.

5. No additional funds may be disbursed from the blocked account prior to Jane Doe reaching 18 years of age, unless prior Court approval is obtained, upon a showing that the withdrawal is in the best interest of Jane Doe.

A final accounting will be made prior to the release of funds upon Jane Doe's 18th birthday.

6. Any unused funds must be re-deposited in the blocked trust account within 60 days of entry of this Order.

7. The Court shall retain jurisdiction to make any further orders that this Court may deem necessary and appropriate with respect to this matter.

IT IS SO ORDERED.

Dated this 20th day of October 2026.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE